

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,705

### EX PARTE RODNEY CORDELL EDWARDS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 28048CR IN THE 40TH DISTRICT COURT
### FROM ELLIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a habitation and sentenced to thirty years' imprisonment. The Tenth Court of Appeals affirmed his conviction. *Edwards v. State*, No. 10-04-00195-CR (Tex. App.–Waco Aug. 3, 2005, no pet.).

Applicant contends, among other things, that appellate counsel did not advise him of his right to petition for discretionary review *pro se.* We remanded this application to the trial court for findings of fact and conclusions of law. Based on our own independent review of the record, we

conclude that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Tenth Court of Appeals in case number 10-04-00195-CR that affirmed his conviction in cause number 28048CR from the 40th District Court of Ellis County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues. Applicant's remaining claims are dismissed. *Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: December 14, 2011
Do not publish